14 MISC 00392

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

In re Application of CHEVRON
CORPORATION for an Order Pursuant to 28
U.S.C. § 1782 to Conduct Discovery from
MCSquared PR, Inc. for Use in Foreign
Proceedings,

                      Petitioner.

No. _____

------------------------------------------------x

**DECLARATION OF ANNE CHAMPION IN SUPPORT OF CHEVRON
CORPORATION'S PETITION AND APPLICATION FOR AN ORDER UNDER 28
U.S.C. § 1782 TO CONDUCT DISCOVERY FROM MCSQUARED PR, INC. FOR USE
IN FOREIGN PROCEEDINGS**

      I, ANNE CHAMPION, hereby declare under penalty of perjury pursuant to 28 U.S.C.

§ 1746, that the following is true and correct:

      1.      I am an attorney licensed to practice law in the State of New York and before this

Court.  I am an associate in the law firm of Gibson, Dunn & Crutcher LLP and counsel of record

for Chevron Corporation ("Chevron") in this matter.  I make this declaration, based on personal

knowledge, in support of Chevron's Petition and Application for an Order Under 28 U.S.C.

§ 1782 to Conduct Discovery from MCSquared PR, Inc. for Use in Foreign Proceedings.  If

called as a witness, I could and would testify competently as to the content of this declaration.

      2.      Attached hereto as Exhibit 1 are proposed subpoenas seeking the production of

documents and testimony from MCSquared PR, Inc. ("MCSquared").

      3.      Attached hereto as Exhibit 2 is a timeline entitled "Timeline of MCSquared's

Work for the Republic of Ecuador," and a CD containing a hyperlinked version of that timeline.

      4.      Attached hereto as Exhibit 3 is a true and correct copy of an excerpt of the

transcript of the November 19, 2013 testimony of Steven Donziger given in the trial held in

*Chevron Corp. v. Donziger*, No. 11 Civ. 0691 (LAK) (S.D.N.Y. 2011)

5.      Attached hereto as Exhibit 4 is a true and correct copy of a Latest/Current Available Information on Company form issued by the Registry of Companies in Gibraltar on April 25, 2014 regarding Amazonia Recovery Limited.

6.      Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Steven Donziger in Support of Defendants' Motion for a Stay Pending Appeal filed on April 16, 2014 in *Chevron Corp. v. Donziger*, No. 11 Civ. 0691 (LAK) (S.D.N.Y. 2011).

7.      Attached hereto as Exhibit 6 is a true and correct copy of a document titled Waiver of Rights, dated November 20, 1996, filed in *Aguinda* v. *Texaco*, No. 93-cv-7527 (S.D.N.Y.) (CH - 0000233), and a certified English translation thereof.

8.      Attached hereto as Exhibit 7 is a true and correct copy of selected excerpts of the transcript of the deposition of Dr. Charles Calmbacher, taken on March 29, 2010 in the matter of *In re Application of Chevron Corp.*, No. 10-MI-0076-TWT-GGB (N.D. Ga. 2010).

9.      Attached hereto as Exhibit 8 is a true and correct copy of selected excerpts of S. Donziger's personal notes bearing Bates number DONZ00027256, identified as PX 169#, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.).

10.      Attached hereto as Exhibit 9 is a DVD containing selected excerpts of the unreleased footage from the movie *Crude*.  Filmmaker Joe Berlinger produced the unreleased footage from *Crude* to Chevron in 2010, pursuant to orders of this Court and the Second Circuit Court of Appeals.  The DVD will be submitted conventionally to the Court.

11.      Attached hereto as Exhibit 10 is a true and correct copy of transcriptions and certified English translations of the video excerpts found on the aforementioned DVD, Exhibit 9.

a)   During the course of my representation of Chevron, I have developed personal

knowledge of the visual identities of the following individuals:  Richard Stalin Cabrera Vega (court expert in the Ecuadorian Litigation); Steven Donziger (counsel for the Ecuadorian plaintiffs); Pablo Fajardo (counsel for the Ecuadorian plaintiffs); Luis Yanza (coordinator for the Ecuadorian plaintiffs); Atossa Soltani (founder and director of Amazon Watch); Charles Champ (of Champ Science and Engineering, consultant for the Ecuadorian plaintiffs); Richard Kamp (of E-Tech International, consultant for the Ecuadorian plaintiffs); Ann Maest (of E-Tech International, consultant for the Ecuadorian plaintiffs); Luis Ponce Villacreces (Ecuadorian plaintiffs' technical expert); and Julio Prieto.

b)  I have discussed and confirmed the identification of the individuals in Paragraph 11(a) of this Declaration in the video files contained in Exhibit 9 with other attorneys who represent Chevron.  In addition, I have consulted third-party resources to confirm the identities of these individuals.  For example, I have viewed the movie *Crude* in its entirety.  Cabrera, Donziger, Fajardo, and Yanza are identified by name and role in the movie.

c)  The video file identified on Exhibit 9 as CRS-187-01-02-CLIP-02 depicts a portion of a March 3, 2007 meeting at Selva Viva headquarters among members of the Ecuadorian plaintiffs' legal team (including Donziger, Fajardo, and Yanza), the Ecuadorian plaintiffs' technical team (including Maest, Kamp, and Champ) and Cabrera, who was officially appointed two weeks after the meeting to be the "independent" court expert in the Ecuadorian litigation.  Exhibit 10 contains a true and correct copy of a transcription and certified English translation of CRS-187-01-02-CLIP-02.

d)  The video file identified on Exhibit 9 as CRS-191-00-CLIP-03 also depicts a portion of

the March 3, 2007 meeting. Exhibit 10 contains a true and correct copy of a transcription

and certified English translation of CRS-191-00-CLIP-03.

e) The video file identified on Exhibit 9 as CRS-195-05-CLIP-01 depicts a portion of a

March 4, 2007 meeting over lunch. Steven Donziger, Charles Champ, Ann Maest, and

Richard Kamp discuss the global assessment. The group discusses the lack of evidence

of groundwater contamination. Donziger then directs the cameraman to turn off the

camera. Exhibit 10 contains a true and correct copy of a transcription of CRS-195-05-

CLIP-01.

f) The video file identified on Exhibit 9 as CRS-361-11-CLIP-01, shot on June 13, 2007,

depicts Donziger discussing the Ecuadorian litigation, and explaining that "[i]t's just a

matter of force. It's pure force. Who can put the most pressure and who can resist. It's

just like-you know? All this bullshit about the law and facts, you know? Yeah, that

factors into it, 'cause that affects the level of force, but in the end of the day, it is about

brute force." Exhibit 10 contains a true and correct copy of a transcription of CRS-361-

11-CLIP-01.

g) The video file identified on Exhibit 9 as CRS-350-04-CLIP-01 depicts a portion of a June

6, 2007 meeting. Donziger discusses the need for the Ecuadorian plaintiffs to "do more,

politically, to control the court, to pressure the court" since, according to Donziger, the

Ecuadorian court "make[s] decisions based on who they fear the most." Exhibit 10

contains a true and correct copy of a transcription of CRS-350-04-CLIP-01.

12. Attached hereto as Exhibit 11 is a true and correct copy of the Direct Testimony

of Spencer Lynch, filed October 21, 2013 and identified as PX 4100, in the matter of *Chevron*

*Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.).

13.     Attached hereto as Exhibit 12 is a true and correct copy of selected excerpts of the transcript of the deposition of Steven Donziger in the matter of *In re Application of Chevron Corp.*, No. 10-mc-00002 (LAK).

14.     Attached hereto as Exhibit 13 is a true and correct copy of an April 12, 2010 memorandum from Steven Donziger to Michael Ross titled "RossMemo.doc," bearing Bates numbers DONZ-HDD-0008190-93.

15.     Attached hereto as Exhibit 14 is a true and correct copy of an email dated April 3, 2007 from Steven Donziger to David Chapman, Ann Maest, and David Mills from Stratus Consulting with the subject, "Approach for assessment," bearing Bates number DONZ00061973 and identified as PX 847, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.).

16.     Attached hereto as Exhibit 15 is a true and correct copy of an email dated February 29, 2008 from Douglas Beltman to Ann Maest and Jennifer Peers, all from Stratus Consulting, with the subject, "annexes," bearing Bates number STRATUS-NATIVE057763.

17.     Attached hereto as Exhibit 16 is a true and correct copy of a letter dated July 23, 2007, filed by Richard Stalin Cabrera Vega in the Provincial Court of Justice, Nueva Loja, Sucumbíos, Ecuador in the matter of *Maria Aguinda et al. v. Chevron Corporation*, Case No. 002-2003 (the "Ecuadorian litigation" or "Lago Agrio litigation"), bearing Bates number Trans_CVX-RICO-1147992, identified as PX 281, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation thereof, in which Cabrera states in part, "I should clarify that I do not have any relation or agreements with the plaintiff, and it seems to me to be an insult against me that I should be linked with the attorneys of the plaintiffs."

18.     Attached hereto as Exhibit 17 is a true and correct copy of an excerpt from the objections to Cabrera's Report filed by the Ecuadorian plaintiffs on September 16, 2008 in the Ecuadorian litigation, purporting to pose "certain comments and/or requests for amplification and/or clarification" about the "Expert Opinion submitted by the Expert, Richard Cabrera Vega," identified as PX 312, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation thereof.

19.     Attached hereto as Exhibit 18 is a true and correct copy of a memo dated July 31, 2008 from Pablo Fajardo to Ann Maest, Doug Beltman, Jennifer Peers, and Steven Donziger with the subject, "TRABAJOS INFORME CABRERA" ["WORK - CABRERA REPORT"], and a certified English translation thereof, bearing Bates number STRATUS-NATIVE057025.

20.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts of Richard Stalin Cabrera Vega's "responses to the comments made by the Plaintiffs," filed in the Ecuadorian litigation on November 17, 2008, and a certified English translation thereof, which includes increased damages estimates totaling over $27 billion, including an estimate of "unjust enrichment" damages of approximately $8.4 billion.

21.     Attached hereto as Exhibit 20 is a true and correct copy of an email chain dated May 15, 2010 – May 16, 2010 among Jay Horowitz, Andrew Wilson, Steven Donziger, Jonathan Abady, Ilann Maazel, Eric Westenberger, Ed Yennock, Eric Daleo and Jason Rockwell, with the subject, "Rule 60(b) and Stratus Materials," identified as PX 1347, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and bearing Bates number DONZ00056679.

22.     Attached hereto as Exhibit 21 is a true and correct copy of checks issued to Richard Stalin Cabrera Vega from the Banco Pichincha account ending in 4450, along with

accompanying statements made by Ecuadorian plaintiffs' counsel, Pablo Fajardo, to the Superior

Court of Justice of Nueva Loja (the "Ecuadorian court"), identified as PX 344, 349, 356, 361,

362 and 367 in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK)

(S.D.N.Y.), and certified English translations thereof.

23.    Attached hereto as Exhibit 22 is a true and correct copy of a letter dated August,

17, 2007 from José Fajardo, President of the Frente de la Defensa de la Amazonía ("FDA") and

Marisol Asimbaya, Treasurer of the FDA, to the Manager of the Banco Pichincha Office in Coca

requesting that $33,000 be transferred from the FDA account ending in 9800 to the Richard

Cabrera account ending in 1700, identified as PX 591, in the matter of *Chevron Corp. v.*

*Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing Bates number BPSUPP02155, and

a certified English translation thereof.

24.    Attached hereto as Exhibit 23 is a true and correct copy of a receipt for an

account-to-account transfer at Banco Pichincha dated August 17, 2007 recording the transfer of

$33,000 from the FDA account ending in 9800 to the Richard Cabrera account ending in 1700,

bearing Bates number BPSUPP02154 and identified as PX 590, in the matter of *Chevron Corp.*

*v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation

thereof.

25.    Attached hereto as Exhibit 24 is a true and correct copy of a Record of Cash

Transactions at Banco Pichincha dated August 17, 2007 recording the transfer of $33,000 from

the FDA account ending in 9800 to the Richard Cabrera account ending in 1700 and certifying

that the funds would not be used for any illegal or unlawful activity, bearing Bates number

BPSUPP02157 and identified as PX 593, in the matter of *Chevron Corp. v. Donziger*, Case No.

11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation thereof.

26.     Attached hereto as Exhibit 25 is a true and correct copy of an email dated July 11, 2007, from Julio Prieto to Pablo Fajardo and Steven Donziger with the subject "Re: seguro para el wao" ["Re: insurance for the wao"], identified as PX 881, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing Bates number DONZ000043764, and a certified English translation thereof.

27.     Attached hereto as Exhibit 26 is a true and correct copy of an email dated September 12, 2007 from Luis Yanza to Steven Donziger, copying Pablo Fajardo with the subject "No le demos el gusto a Texaco de parar el PG" ["We should not give Texaco the pleasure of stopping the Global Assessment"] identified as PX 913, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing the Bates number DONZ-HDD-0125080, and a certified English translation thereof.

28.     Attached hereto as Exhibit 27 is a true and correct copy of an email dated September 12, 2007 from Luis Yanza (toxico@eucanex.net.ec) to Steven Donziger with the subject "Cuenta secreta" ["Secret account"], identified as PX 912, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing Bates number DONZ-HDD-0124585, and a certified English translation thereof.

29.     Attached hereto as Exhibit 28 is a true and correct copy of an email dated April 17, 2007 from Luis Yanza (Luis Francisco) to Steven Donziger with the subject "varias cosas" ["A couple of things"], identified as PX 850, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing Bates number DONZ00042961, and a certified English translation thereof.

30.     Attached hereto as Exhibit 29 is a true and correct copy of an email chain beginning on June 12, 2007 and ending on June 13, 2007, between Luis Yanza

(toxico@eucanex.net.ec) and Steven Donziger with the subject "Re: important transfers immediately pls," identified as PX 871, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing Bates numbers DONZ-HDD-0113361-63, and a certified English translation thereof.

31.     Attached hereto as Exhibit 30 is a true and correct copy of an email chain dated August 14, 2007 among Karen Wilson, Steven Donziger, Joseph Kohn, and Kathy Kenny with the subject "RE: Critical money transfer," identified as PX 897, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing Bates number DONZ00024903.

32.     Attached hereto as Exhibit 31 is a true and correct copy of an email chain dated September 17, 2007, between Luis Yanza (toxico@eucanex.net.ec) and Steven Donziger, identified as PX 917, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing Bates number DONZ-HDD-0125950, and a certified English translation thereof.

33.     Attached hereto as Exhibit 32 is a true and correct copy of an email chain dated October 26, 2007 between Karen Wilson, Steven Donziger, and Joseph Kohn, identified as PX 2427, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing Bates number DONZ00025328, with attachment "Chevron Fund Distributions (00030993).DOC," bearing Bates number DONZ00025329.

34.     Attached hereto as Exhibit 33 is a true and correct copy of a chart titled "7181-12287 TexacoEcuador KS&G Expenses 1993 to 5/31/09" as well as a June 12, 2009 email chain between Joseph Kohn and Kathy Kenny with the subject "TEXACO -Firm Expense SCHEDULE for meeting today –need answer" and an attachment thereto identified as PX 641, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing

Bates number KSG00135246-58 (document is no longer subject to confidential treatment).

35.     Attached hereto as Exhibit 34 is a true and correct copy of an email dated July 1, 2007 from Pablo Fajardo to Steven Donziger and Luis Yanza with the subject "PREOCUPADO" ["WORRIED"] identified as PX 877, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing Bates number DONZ00062501, and a certified English translation thereof.

36.     Attached hereto as Exhibit 35 is a true and correct copy of an email chain dated May 15, 2009 – May 16, 2009 between Steven Donziger and Luis Yanza (Luis Francisco) with the subject "Re: Crude Report" identified as PX 1134, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing Bates number DONZ00066208, and a certified English translation thereof.

37.     Attached hereto as Exhibit 36 is a true and correct copy of an account transaction summary for the FDA account at Banco Pichincha ending in 9800, bearing Bates number BPNA00431-39 and identified as PX 578, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation thereof.

38.     Attached hereto as Exhibit 37 is a true and correct copy of an email dated March 30, 2010 from Julio Prieto to Steven Donziger, Luis Yanza, and Pablo Fajardo with the subject "accion de proteccion" ["Protection Action"] identified as PX 1279, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), bearing Bates number DONZ00055225, and a certified English translation thereof.

39.     Attached hereto as Exhibit 38 is a true and correct copy of an email chain dated May 20, 2010 among Eric Westenberger, Andrew Wilson, Steven Donziger, Ilann Maazel, and others with the subject "Re: Fwd: Activity in Case 4:10-mc-00134 Chevron Corporation v. 3TM

International, Inc. et al Memorandum and Order," bearing Bates number DONZ00127753, and a certified English translation thereof.

40.    Attached hereto as Exhibit 39 is a true and correct copy of selected excerpts from the certified transcript of the deposition of Ted Dunkelberger, taken on June 26, 2013 in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.).

41.    Attached hereto as Exhibit 40 is a true and correct copy of selected excerpts from the certified transcript of the deposition of Douglas C. Allen, taken on December 16, 2010 in the matter of *Chevron Corp. v. Allen*, 2:10-mc-00091-WKS (D. Vt.).

42.    Attached hereto as Exhibit 41 is a true and correct copy of selected excerpts from the certified transcript of the deposition of Jonathan S. Shefftz, taken on December 16, 2010 in the matter of *Chevron Corp. v. Shefftz*, 1:10-mc-10352-JLT (D. Mass.).

43.    Attached hereto as Exhibit 42 is a true and correct copy of selected excerpts from the certified transcript of the deposition of Robert Paolo Scardina, taken on December 22, 2010 in the matter of *Chevron Corp. v. Scardina*, 7:10-mc-00067 (W.D. Va.).

44.    Attached hereto as Exhibit 43 is a true and correct copy of selected excerpts from the certified transcript of the deposition of Lawrence W. Barnthouse, taken on December 10, 2010 in the matter of *Chevron Corp. v. Barnthouse*, 1:10-mc-53 (S.D. Ohio).

45.    Attached hereto as Exhibit 44 is a true and correct copy of a press bulletin issued on March 20, 2007 by the General Secretariat of Communication of the National Government of the Republic of Ecuador, entitled "The government supports the actions of the assembly of parties affected by Texaco Oil Company," identified as PX 484#, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation thereof.

46.     Attached hereto as Exhibit 45 is a true and correct copy of an email dated March 21, 2007 from Maria Eugenia Yepez Regalado to Steven Donziger with the subject "report," bearing Bates number DONZ-HDD-0103690 and identified as PX 844, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation thereof.

47.     Attached hereto as Exhibit 46 is a true and correct copy of a press release issued on April 25, 2007 by the Republic of Ecuador, and a certified English translation thereof.

48.     Attached hereto as Exhibit 47 is a true and correct copy of a document titled "Indagacion Previa Por Falsificacion Ideologica de Documento Publico" ["Preliminary Criminal Investigation of Falsehood in a Public Instrument"], bearing Bates number DONZS00009125 and a certified English translation thereof.

49.     Attached hereto as Exhibit 48 is a true and correct copy of an excerpt from the certified transcript of an April 28, 2007 radio address by Ecuadorian President Rafael Correa, identified as PX 853, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation thereof.

50.     Attached hereto as Exhibit 49 is a true and correct copy of an August 17, 2013 article by Agence France-Presse in The Raw Story titled, "Ecuador's president denounces Chevron as 'enemy of our country,'" identified as PX 7511, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.).

51.     Attached hereto as Exhibit 50 is a true and correct copy of an excerpt of the Judgment issued on February 14, 2011 by Judge Nicolas Zambrano Lozada in the Ecuadorian litigation, and a certified English translation thereof.

52.     Attached hereto as Exhibit 51 is a true and correct copy of a February 19, 2011

article in UltimaHora titled, "Correa says the judgment against Chevron in Ecuador must be respected," identified as PX 2503, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation thereof.

53.     Attached hereto as Exhibit 52 is a true and correct copy of the Direct Testimony of Robert A. Leonard, Ph.D., filed October 21, 2013 and identified as PX 3700, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.).

54.     Attached hereto as Exhibit 53 is a true and correct copy of the Direct Testimony of Patrick Juola, Ph.D., filed November 4, 2013 and identified as PX 3800, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.).

55.     Attached hereto as Exhibit 54 is a true and correct copy of the Direct Testimony of James Spigelman, AC QC, filed October 23, 2013 and identified as PX 5000, in the matter of *Chevron Corp. v. Donziger,* Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.).

56.     Attached hereto as Exhibit 55 is a true and correct copy of the Direct Testimony of Michael Green, filed October 31, 2013 and identified as PX 5100, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.).

57.     Attached hereto as Exhibit 56 is a true and correct copy of Claimants' Notice of Arbitration filed on September 23, 2009 in the arbitration brought by Chevron Corporation and Texaco Petroleum Company against the Republic of Ecuador, PCA Case No. 2009-23.

58.     Attached hereto as Exhibit 57 is a true and correct copy of an excerpt of an opinion issued on November 12, 2013 by Dr. Wilson Andino Reinoso of the National Court of Justice, Civil and Commercial Division in Quito, Ecuador in the matter of *Maria Aguinda Salazar et al. v. Chevron Corporation*, No. 174-2012 ("Ecuadorian appeal"), and a certified English translation thereof.

59.     Attached hereto as Exhibit 58 is a true and correct copy of Clarification and Expansion Decision No. 298-2013, issued on November 22, 2013 in the Ecuadorian appeal, and a certified English translation thereof.

60.     Attached hereto as Exhibit 59 is a true and correct copy of a Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended, dated July 1, 2014 and filed on behalf of MCSquared PR, Inc on July 3, 2014.

61.     Attached hereto as Exhibit 60 is a true and correct copy of an August 7, 2014 article by Paul M. Barrett in Bloomberg Businessweek titled "How a Brooklyn PR Firm Roiled Ecuadorian Politics," *available at*: http://www.businessweek.com/articles/2014-08-07/a-brooklyn-pr-firm-fights-chevron-and-roils-ecuadorian-politics, last visited on November 10, 2014.

62.     Attached hereto as Exhibit 61 is a true and correct copy of a Short Form Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended, dated July 1, 2014 and filed on behalf of Maria del Carmen Garay on July 3, 2014.

63.     Attached hereto as Exhibit 62 is a true and correct copy of a press release that appeared on the front page of the website of the National Government of the Republic of Ecuador, National Immigration Office, announcing the appointment of Danilo Roggiero has the SENAMI (National Immigration Office) Representative in the United States and Canada, *available at*: http://migranteecuatoriano.us/, last accessed on November 10, 2014, and a certified English translation thereof.

64.     Attached hereto as Exhibit 63 is a true and correct copy of a May 28, 2014 blog post by Emilio Palacio titled, "Protesters Against Chevron for 85 Dollars a Head," *available at*: http://emilio.ubicatv.com/protestaban-contra-chevron-85-usd/, last accessed on November 10,

2014, and a certified English translation thereof.

65.     Attached hereto as Exhibit 64 is a true and correct copy of a June 17, 2014 article by Lachlan Markay in The Washington Free Beacon titled, "PR Firm's Undisclosed Work for Ecuadorian Government Raises Legal Questions," *available at*: http://freebeacon.com/issues/pr-firms-undisclosed-work-for-ecuadorian-government-raises-legal-questions/, last accessed on November 10, 2014.

66.     Attached hereto as Exhibit 65 is a true and correct copy of a Short Form Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended, dated July 1, 2014 and filed on behalf of Rafael Rosero on July 3, 2014.

67.     Attached hereto as Exhibit 66 is a true and correct copy of Exhibit A to Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended, filed on behalf of MCSquared PR, Inc. on July 3, 2014.

68.     Attached hereto as Exhibit 67 is a true and correct copy of a July 10, 2014 article by Megan R. Wilson in The Hill titled, "Ecuador's eye-popping PR deal revealed," *available at*: http://thehill.com/business-a-lobbying/lobbying-contracts/211938-ecuadors-eye-popping-pr-deal-revealed, last accessed on November 10, 2014.

69.     Attached hereto as Exhibit 68 is a true and correct copy of an August 7, 2014 article by Ezequiel Vásquez-Ger in The Hill titled, "What can tens of millions of dollars buy Ecuador in the Empire?" *available at*:  http://thehill.com/blogs/congress-blog/foreign-policy/214541-what-can-tens-of-millions-of-dollars-buy-ecuador-in-the, last accessed on November 10, 2014.

70.     Attached hereto as Exhibit 69 is a true and correct copy of the certified transcript of a September 17, 2013 interview with Ecuadorian President Rafael Correa on Ecuador TV, and

a certified English translation thereof.

71.    Attached hereto as Exhibit 70 is a true and correct copy of a March 13, 2014 post by La Mano Sucia (The Dirty Hand) on Twitter, *available at*: https://twitter.com/LaManoSucia/status/444250982961410049, last accessed on November 10, 2014.

72.    Attached hereto as Exhibit 71 is a true and correct copy of a June 11, 2014 article by Mike Aldax in The Richmond Standard titled, "Richmond Mayor Gayle McLaughlin's Association with Ecuador's U.S. PR Firm Raises Questions," *available at*: http://richmondstandard.com/2014/06/richmond-mayor-gayle-mclaughlins-association-ecuadors-u-s-pr-firm-raises-questions/, last accessed on November 10, 2014.

73.    Attached hereto as Exhibit 72 is a true and correct copy of a September 26, 2013 article by Robert Rogers in the Contra Costa Times titled, "Richmond Mayor Returns from Ecuador, Vows to Turn Up Heat on Chevron," *available at*: http://www.contracostatimes.com/west-county-times/ci_24181981/richmond-mayor-returns-from-ecuador-vows-turn-up, last accessed on November 10, 2014.

74.    Attached hereto as Exhibit 73 is a true and correct copy of a November 4, 2013 press release issued by MCSquared PR, Inc. on CSR Wire entitled, "Actor Danny Glover to Visit Contaminated Areas in the Ecuadorian Rainforest Where Chevron Operated," *available at*: http://www.csrwire.com/press_releases/36361-Actor-Danny-Glover-to-Visit-Contaminated-Areas-in-the-Ecuadorian-Rainforest-Where-Chevron-Operated, last accessed on November 10, 2014.

75.    Attached hereto as Exhibit 74 is a true and correct copy of a July 11, 2014 post issued by Ecuadorian Ambassador to the United States, Nathalie Cely Suárez on Twitter,

*available at*:  https://twitter.com/NathalieCely/status/487738338179563520, last accessed on August 18, 2014.

76.     Attached hereto as Exhibit 75 is a true and correct copy of a November 11, 2013 press release issued by MCSquared PR, Inc. on CSR Wire titled, "American Oil Expert to Visit Contaminated Areas in the Ecuadorian Rainforest Where Chevron-Texaco Operated," *available at*: http://www.csrwire.com/press_releases/36387-American-Oil-Expert-To-Visit-Contaminated-Areas-in-the-Ecuadorian-Rainforest-Where-Chevron-Texaco-Operated, last accessed on November 10, 2014.

77.     Attached hereto as Exhibit 76 is a true and correct copy of a November 22, 2013 press release issued by MCSquared PR, Inc. on CSR Wire titled, "Filmmaker, Explorer and International Activist for Water Conservation Alexandra Cousteau, Will Visit the Areas Contaminated by Chevron in the Ecuadorian Rainforest," *available at*: http://www.csrwire.com/press_releases/36453-Filmmaker-Explorer-and-International-Activist-for-Water-Conservation-Alexandra-Cousteau-Will-Visit-the-Areas-Contaminated-by-Chevron-in-the-Ecuadorian-Rainforest, last accessed on November 10, 2014.

78.     Attached hereto as Exhibit 77 is a true and correct copy of a January 26, 2014 press release issued by MCSquared PR, Inc. on PRWeb titled, "Actress and Humanitarian Activist Mia Farrow Joins Campaign to Hold Chevron Accountable for Contamination in Ecuadorian Rainforest," *available at*: http://www.prweb.com/releases/2014/01/prweb11523114.htm, last accessed on November 10, 2014.

79.     Attached hereto as Exhibit 78 is a true and correct copy of a May 2, 2014 press release issued by MCSquared PR, Inc. on CSR Wire titled, "Calle 13 Calls on Chevron to Stop

Running from Amazon Disaster," *available at*: http://www.csrwire.com/press_releases/37023-Calle-13-Calls-on-Chevron-to-Stop-Running-from-Amazon-Disaster, last accessed on November 10, 2014.

80.     Attached hereto as Exhibit 79 is a true and correct copy of an October 11, 2013 press release issued by MCSquared PR, Inc. in CSR Wire titled, "Rally for Justice in Ecuador," *available at*:  http://www.csrwire.com/press_releases/36260-Rally-for-Justice-in-Ecuador-, last accessed on November 10, 2014.

81.     Attached hereto as Exhibit 80 is a true and correct copy of an October 15, 2013 press release issued by Amazon Watch titled, "Retaliation Trial Opens Against Victims of Chevron Contamination in Ecuador," *available at*:  http://amazonwatch.org/news/2013/1015b-retaliation-trial-opens-against-victims-of-chevron-contamination-in-ecuador, last accessed on November 10, 2014.

82.     Attached hereto as Exhibit 81 is a true and correct copy of an excerpt from the certified transcript of an October 26, 2013 radio address by Ecuadorian President Rafael Correa, and a certified English translation thereof.

83.     Attached hereto as Exhibit 82 is a true and correct copy of an excerpt from the certified transcript of a September 14, 2013 radio address by Ecuadorian President Rafael Correa, identified as PX 7516, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation thereof.

84.     Attached hereto as Exhibit 83 is a true and correct copy of an excerpt from the certified transcript of a September 21, 2013 radio address by Ecuadorian President Rafael Correa, identified as PX 7520, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation thereof.

85.     Attached hereto as Exhibit 84 is a true and correct copy of screenshots from the website Los Vende Patria (The Nation's Traitors), *available at*: http://www.losvendepatria.com/, last accessed on November 10, 2014, identified as PX 7539, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and certified English translations thereof.

86.     Attached hereto as Exhibit 85 is a true and correct copy of a May 30, 2014 article by Paul Barrett in Bloomberg Businessweek titled, "Faux Activism:  Recruiting Anti-Chevron Protesters for $85 a Head," *available at*:  http://www.businessweek.com/articles/2014-05-30/faux-activism-recruiting-anti-chevron-protesters-for-85-a-head, last accessed on November 10, 2014.

87.     Attached hereto as Exhibit 86 is a true and correct copy of the direct testimony of Ricardo Reis Veiga, filed October 15, 2013 and identified as PX 3000, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.).

88.     Attached hereto as Exhibit 87 is a true and correct copy of the Direct Testimony of Adolfo Callejas Ribadeneira, filed October 21, 2013 and identified as PX 4300X, in the matter of *Chevron Corp.* v. *Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.).

89.     Attached hereto as Exhibit 88 is a true and correct copy of a May 30, 2014 article by Lindsay Abrams in Salon titled, "The story behind #AskChevron:  How a group of environmentalists hijacked Twitter," *available at*: http://www.salon.com/2014/05/30/the_story_behind_askchevron_how_a_group_of_environmentalists_hijacked_twitter/, last accessed on November 10, 2014.

90.     Attached hereto as Exhibit 89 is a true and correct copy of a May 27, 2014 post issued by Ecuadorian Ambassador to the United States Nathalie Cely Suárez on Twitter, *available at*:  https://twitter.com/NathalieCely/status/471388466656206849, last accessed on

November 10, 2014.

91.     Attached hereto as Exhibit 90 is a true and correct copy of a May 27, 2014 post issued by Simon Billenness on Twitter, *available at*: https://twitter.com/simonbillenness/status/471496850978381824, last accessed on November 10, 2014.

92.     Attached hereto as Exhibit 91 is a true and correct copy of the "About Me" section of the website for CSR Strategy Group, *available at*: http://csrstrategygroup.com/about-me/, last accessed on November 10, 2014.

93.     Attached hereto as Exhibit 92 is a true and correct copy of a May 27, 2014 post issued by Chevroff on Twitter, *available at*: https://twitter.com/chevroffnow/status/471323723518447617, last accessed on November 10, 2014.

94.     Attached hereto as Exhibit 93 are true and correct copies of a series of posts issued on May 27, 2014 by Toxic Effect on Twitter, *available at*: https://twitter.com/thetoxiceffect/status/471378597538955265, https://twitter.com/thetoxiceffect/status/471370652705095681, and https://twitter.com/thetoxiceffect/status/471376986376384513 last accessed on November 10, 2014.

95.     Attached hereto as Exhibit 94 are true and correct copies of a series of posts issued on May 27, 2014 by Apoya al Ecuador on Twitter, *available at*: https://twitter.com/ApoyaAlEcuador/status/471385802686349312, https://twitter.com/ApoyaAlEcuador/status/471386284599287809, https://twitter.com/ApoyaAlEcuador/status/471386696530284544,

https://twitter.com/ApoyaAlEcuador/status/471385802686349312, last accessed on November 10, 2014.

96.     Attached hereto as Exhibit 95 is a true and correct copy of an excerpt of the certified transcript of an August 16, 2014 radio address by Ecuadorian President Rafael Correa, and a certified English translation thereof.

97.     Attached hereto as Exhibit 96 is a true and correct copy of domain name registration information for Chevroff.org listed by DomainTools, *available at*: http://whois.domaintools.com/.

98.     Attached hereto as Exhibit 97 is a true and correct copy of domain name registration information for TheToxicEffect.org listed by DomainTools, *available at*: http://whois.domaintools.com/.

99.     Attached hereto as Exhibit 98 is a true and correct copy of domain name registration information for TheDirtyHand.com listed by DomainTools, *available at*: http://whois.domaintools.com/.

100.    Attached hereto as Exhibit 99 is a true and correct copy of domain name registration information for LaManoSucia.com listed by DomainTools, *available at*: http://whois.domaintools.com/.

101.    Attached hereto as Exhibit 100 is a true and correct copy of domain name registration information for LosVendePatria.com listed by DomainTools, *available at*: http://whois.domaintools.com/.

102.    Attached hereto as Exhibit 101 is a true and correct copy of domain name registration information for Apoya-Al-Ecuador.com listed by DomainTools, *available at*: http://whois.domaintools.com/.

103.    Attached hereto as Exhibit 102 is a true and correct copy of the public LinkedIn profile of Sarah Lawson, *available at*:  https://www.linkedin.com/pub/sarah-lawson/32/bb5/178, last accessed on November 10, 2014.

104.    Attached hereto as Exhibit 103 is a true and correct copy of the public LinkedIn profile of Kevin Stalker, *available at*:  https://www.linkedin.com/pub/kevin-stalker/92/7a7/701, last accessed on November 10, 2014.

105.    Attached hereto as Exhibit 104 is a true and correct copy of a screenshot of the "About – Our Team" section of the website for DFLA Films, *available at*: http://dflafilms.com/our-team/, last accessed on November 10, 2014.

106.    Attached hereto as Exhibit 105 is a true and correct copy of the public LinkedIn profile of Martin Fontaina, *available at*:  https://www.linkedin.com/pub/martin-fontaina/4/198/52b, last accessed on November 10, 2014.

107.    Attached hereto as Exhibit 106 is a true and correct copy of an advertisement that appeared in the August 5, 2013 edition of The Washington Post.

108.    Attached hereto as Exhibit 107 is a true and correct copy of domain name registration information for JusticeForEcuador.com listed by DomainTools, *available at*: http://whois.domaintools.com/, last accessed on November 10, 2014.

109.    Attached hereto as Exhibit 108 is a true and correct copy of a screenshot of the "About Us" section of the Justice For Ecuador website, *available at*: http://www.justiceforecuador.com/en/quienes-somos/, last accessed on November 10, 2014.

110.    Attached hereto as Exhibit 109 is a true and correct copy of a screenshot of an advertisement that appeared on the NYCastings website soliciting "Advocate Extras" for an event in New York City on May 21, 2014.

111.    Attached hereto as Exhibit 110 is a true and correct copy of a May 22, 2014 article in The Argentina Independent titled, "Anti-Chevron Day Marked by Protests," *available at*:  http://www.argentinaindependent.com/currentaffairs/newsfromargentina/anti-chevron-day-marked-by-protests/, last accessed on November 10, 2014.

112.    Attached hereto as Exhibit 111 is a true and correct copy of an April 25, 2014 press release issued by Amazon Watch titled, "Communities from Five Countries Blast Chevron Over Shoddy Environmental Practices," *available at*:  http://amazonwatch.org/news/2014/0425-communities-from-five-countries-blast-chevron-over-shoddy-environmental-practices, last accessed on November 10, 2014.

113.    Attached hereto as Exhibit 112 is a true and correct copy of a May 21, 2014 post by Apoya al Ecuador on Twitter, *available at*:  https://twitter.com/ApoyaAlEcuador/status/469245005052526592, last accessed on November 10, 2014.

114.    Attached hereto as Exhibit 113 is a true and correct copy of a May 21, 2014 post by Chevroff on Twitter, *available at*:  https://twitter.com/chevroffnow/status/469183408435118080, last accessed on November 10, 2014.

115.    Attached hereto as Exhibit 114 is a true and correct copy of a June 12, 2014 article by David Baker on SFGate.com titled, "Chevron-funded news site slams Chevron critic – Richmond Mayor," *available at*:  blog.sfgate.com/energy/2014/06/12/chevron-funded-news-site-slams-chevron-critic-richmond-mayor/, last accessed on November 10, 2014.

116.    Attached hereto as Exhibit 115 is a true and correct copy of a May 30, 2014 article by Diana Bradley in PR Week titled, "MCSquared:  We're not behind fake Chevron

protesters, #AskChevron hashtag," *available at*:

http://www.prweek.com/article/1296737/mcsquared-were-not-behind-fake-chevron-protestors-askchevron-hashtag, last accessed on November 10, 2014.

117.    Attached hereto as Exhibit 116 is a true and correct copy of a July 29, 2014 article by Ezequiel Vásquez-Ger in El Pais titled, "Rafael Correa and Washington, D.C.," *available at*: http://internacional.elpais.com/internacional/2014/07/29/actualidad/1406661219_717614.html, last accessed on November 10, 2014, and a certified English translation thereof.

118.    Attached hereto as Exhibit 117 is a true and correct copy of an August 6, 2014 article in Ecuador Times titled, "Comptroller's Office will verify contract with Mcsquared PR," *available at*:  http://www.ecuadortimes.net/2014/08/06/comptrollers-office-will-verify-contract-mcsquared-pr/, last accessed on November 10, 2014.

119.    Attached hereto as Exhibit 118 is a true and correct copy of a May 2012 article titled "Key Questions & Answers on Canadian Enforcement of the Judgment," *available at*: http://chevrontoxico.com/assets/docs/2012-05-canadian-enforcement-q-and-a.pdf, last accessed on November 10, 2014.

120.    Attached hereto as Exhibit 119 is a true and correct copy of the complaint filed on December 17, 2012 by Chevron Corporation in the matter of *Chevron Corp. v. James Russell DeLeon and Torvia Limited*, Claim No. 2012 – C – 232 (Supreme Court of Gibraltar).   On June 18, 2014, Chevron Corporation filed a complaint against Amazonia Recovery Limited and Woodsford Litigation Funding Limited in the Supreme Court of Gibraltar.

121.    On March 11, 2013, Chevron filed its Opposition to the Ecuadorian plaintiffs' request for exequatur of the Ecuadorian judgment issued in the matter of *Maria Aguinda et al. v. Chevron Corporation*, Case No. 8542/EC, the Brazilian enforcement proceeding.  Chevron has

also opposed the Ecuadorian plaintiffs' request to proceed *in forma pauperis* in that proceeding.

122.    On November 21, 2012, the LAPs filed an action to enforce the Ecuadorian judgment in the National First Instance Civil Court in Buenos Aires, Argentina in the matter of *Maria Aguinda et al. v. Chevron Corporation*, Case No. 97,260/12, the Argentinian enforcement proceeding.  On February 27, 2014, Chevron filed its Opposition to the Ecuadorian plaintiffs' request for exequatur of the Ecuadorian judgment and its Request to Dismiss the Request for Recognition of Leave to Proceed in Forma Pauperis Under Article 5 of the CIDIP II.

123.    On March 11, 2014, an apostilled copy of the RICO judgment was filed in the matter of *Maria Aguinda et al. v. Chevron Corporation*, Case No. 97,260/12, the Argentinian enforcement action.

124.    Attached hereto as Exhibit 120 is a true and correct copy of a March 14, 2014 ruling issued in the matter of *Chevron Corp. v. James Russell DeLeon and Torvia Limited*, Claim No. 2012 – C – 232 (Supreme Court of Gibraltar).  On September 10, 2014, Chevron filed a "Reply" to the "Defence" (comparable to an answer in the U.S.) filed by DeLeon and Torvia Limited.

125.    Attached hereto as Exhibit 121 is a chart listing several actions filed pursuant to 28 U.S.C. § 1782 by Chevron Corporation, the Republic of Ecuador, and the Ecuadorian plaintiffs.  Those applications that have been decided to date have been granted.

126.    Attached hereto as Exhibit 122 is a true and correct copy of the September 2, 2010 Amended Memorandum Opinion and Order Authorizing Discovery issued in the matter of *In re Applic. of Chevron Corp.*, No. 10-MC-21 JHILFG and 10-MC-22 JHILFG (D.N.M.).

127.    Attached hereto as Exhibit 123 is a true and correct copy of the complaint filed against Chevron Corporation on June 27, 2012 in the Superior Court of Justice ("STJ") in

Brasilia, Brazil seeking recognition of the Ecuadorian judgment and captioned *Maria Aguinda et al. v. Chevron Corporation,* Case No. 8542/EC, identified as PX 2306, in the matter of *Chevron Corp. v. Donziger*, Case No. 11 Civ. 0691 (LAK) (S.D.N.Y.), and a certified English translation thereof.

128.     Attached hereto as Exhibit 124 is a true and correct copy of an advertisement that appeared in the August 3, 2013 edition of The San Francisco Chronicle.

129.     Attached hereto as Exhibit 125 is a true and correct copy of a screenshot of the Twitter profile of Maria del Carmen Garay (@mariacargaray) as it appeared on June 3, 2014.

130.     Attached hereto as Exhibit 126 is a true and correct copy of a screenshot of the Twitter profile of Maria del Carmen Garay (@mariacargaray) as it appeared on June 4, 2014.

131.     Attached hereto as Exhibit 127 is a true and correct copy of screenshots of three posts issued by Maria del Carmen Garay (@mariacargaray) on Twitter that no longer appear in her Twitter feed.

132.     Attached hereto as Exhibit 128 is a true and correct copy of a screenshot of the Facebook page of Maria del Carmen Garay as it appeared on August 18, 2014.

133.     Attached hereto as Exhibit 129 is a true and correct copy of a screenshot of the LinkedIn profile of Cynthia Zapata Solis as it appeared on June 2, 2014.

134.     Attached hereto as Exhibit 130 is a true and correct copy of a screenshot of the LinkedIn profile of Cynthia Zapata Solis as it appeared on June 3, 2014.

135.     Attached hereto as Exhibit 131 is a true and correct copy of a September 16, 2014 article by Lachlan Markay in the Washington Free Beacon titled, "For Ecuador's PR Firm, Celebrity Backing Carries Hefty Price Tag," *available at*:  http://freebeacon.com/issues/for-ecuadors-pr-firm-celebrity-backing-carries-hefty-price-tag/, last accessed on November 10,

2014.

136.    Attached hereto as Exhibit 132 is a true and correct copy of an Amendment to Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended, filed on behalf of MCSquared PR, Inc. on September 10, 2014.

137.    Attached hereto as Exhibit 133 is a true and correct copy of an Amendment to Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended, filed on behalf of MCSquared PR, Inc. on September 10, 2014.

138.    Attached hereto as Exhibit 134 is a true and correct copy of a screenshot of the LinkedIn profile of Maria Garay , *available at*:

https://www.linkedin.com/profile/view?id=48822538&authType=name&authToken=uTL1&trk=prof-sb-browse_map-name, last accessed on November 10, 2014.

139.    Attached hereto as Exhibit 135 is a true and correct copy of an excerpt from the certified transcript of a July 4, 2009 radio address by Ecuadorian President Rafael Correa, and a certified English translation thereof.

140.    Attached hereto as Exhibit 136 is a true and correct copy of an excerpt from the certified transcript of an August 2, 2014 radio address by Ecuadorian President Rafael Correa, and a certified English translation thereof.

141.    Attached hereto as Exhibit 137 is a true and correct copy of Exhibit A to Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended, filed on behalf of FitzGibbon Media, Inc. on July 7, 2014.

142.    Attached hereto as Exhibit 138 is a true and correct copy of an October 3, 2014 article in El Comercio titled, "Prosecutor Opens Preliminary Investigation on MCSquared Contract," *available at*:  http://www.elcomercio.com/actualidad/fiscalia-indagacion-previa-

contrato-alvarado.html, last accessed on November 10, 2014, and a certified English translation thereof.

143.    Attached hereto as Exhibit 139 is a true and correct copy of a letter, dated June 1, 1992, from the National Hydrocarbons Director to Rafael Ameida Macheno, Minister of Energy and Mining, and an English translation thereof.

144.    Attached hereto as Exhibit 140 is a true and correct copy of an October 18, 2014 article in El Nuevo Siglo titled, "Scandal in Ecuador on the Nexus Between Judges and Oil Companies," *available at*: http://www.elnuevosiglo.com.co/articulos/10-2014-esc%C3%A1ndalo-en-ecuador-por-nexos-de-jueces-y-petroleras.html, last accessed on November 10, 2014, and a certified English translation thereof.

145.    Attached hereto as Exhibit 141 is a true and correct copy of a September 17, 2014 article in the Washington Free Beacon titled, "Mia Farrow Admits Ecuadorian Government Paid for Anti-Chevron Advocacy," *available at*: http://freebeacon.com/issues/mia-farrow-admits-ecuadorian-government-paid-for-anti-chevron-advocacy/, last accessed on November 10, 2010.

146.    Attached hereto as Exhibit 142 is a true and correct copy of an October 13, 2014 article by Lachlan Markay in the Washington Free Beacon titled, "Top Ecuadorian Officials Under Investigation Over Shady US PR Work," *available at*: http://freebeacon.com/issues/top-ecuadorian-officials-under-investigation-over-shady-us-pr-work/, last accessed on November 10, 2014.

147.    Attached hereto as Exhibit 143 is a true and correct copy of an October 21, 2014 article in El Comercio titled, "Fernando Alvarado failed to appear in the MCSquared case," *available at*: http://www.elcomercio.com/actualidad/fernando-alvarado-rindio-version-miafarrow.html, last accessed on November 10, 2014, and a certified English translation thereof.

148.    Attached hereto as Exhibit 144 is a true and correct copy of a March 12, 2013 article by Sebastián Hurtado Pérez in El Comercio titled, "Crude justice," and a certified English translation thereof.

149.    Attached hereto as Exhibit 145 is a true and correct copy of a May 25, 2012 article in Pais En Vivo titled, "Government Works to Increase Communications Initiatives for Ecaudorian Emigrants in the United States," *available at*:  http://paisenvivo.com.ec/gobierno-trabaja-por-incrementar-iniciativas-de-comunicacin-para-los-migrantes-ecuatorianos-en-estados-unidos/, last accessed on November 10, 2014, and a certified English translation thereof.

150.    Attached hereto as Exhibit 146 is a true and correct copy of an October 27, 2014 article in La Hora titled, "MCSquared Case:  The Key is in the COIP," *available at*: http://www.lahora.com.ec/index.php/noticias/show/1101743025, last accessed on November 10, 2014, and a certified English translation thereof.

151.    Attached hereto as Exhibit 147 is a true and correct copy of records from the Instituto Ecuatoriano De Seguridad Social [Ecuadorian Institute of Social Security] for Danilo Enrique Roggiero Cevallos, and a certified English translation thereof.

152.    Attached hereto as Exhibit 148 is a true and correct copy of the Certificate of Incorporation of mcSQUARED PR Inc., filed with the Department of State of the State of New York on October 31, 2011.

153.    Attached hereto as Exhibit 149 is a true and correct copy of a December 3, 2011 article in El Verdadero titled, "Senami Appoints Danilo Roggiero As Its Representative In The U.S. And Canada," and a certified English translation thereof.

154.    Attached hereto as Exhibit 150 is a true and correct copy of a January 24, 2012 letter from Jean-Paul Borja to Arthur Sulzberger Jr., Chairman and Publisher of the *New York*

*Times*.

155.    Attached hereto as Exhibit 151 is a true and correct copy of domain name registration information for correistas.com listed by DomainTools, *available at*: http://whois.domaintools.com/, last accessed on November 10, 2014.

156.    Attached hereto as Exhibit 152 is a true and correct copy of a May 14, 2012 letter from Jean-Paul Borja and Victor William Villamar to Senator Patrick Leahy.

157.    Attached hereto as Exhibit 153 is a true and correct copy of the public LinkedIn profile of Veronica Quito, *available at*: https://www.linkedin.com/profile/view?id=330740083&authType=name&authToken=XgNA&trk=prof-sb-browse_map-name, last accessed on November 10, 2014.

158.    Attached hereto as Exhibit 154 is a true and correct copy of a screenshot from the Facebook page of Jean-Paul Borja.

159.    Attached hereto as Exhibit 155 is a true and correct copy of records from the Instituto Ecuatoriano De Seguridad Social [Ecuadorian Institute of Social Security] for Cynthia Elsa Zapata Solis, and a certified English translation thereof.

160.    Attached hereto as Exhibit 156 is a true and correct copy of an April 29, 2013 article in Trinidad Express Newspaper titled, "Govt 'committed to a free press.'"

161.    Attached hereto as Exhibit 157 is a true and correct copy of a listing of the attendees of the 2012 World Congress of the International Press Institute.

162.    Attached hereto as Exhibit 158 is a true and correct copy of a November 5, 2014 article in Plan V titled, "Suffering from Inferiority Complexes, Embittered, Sick, and Hacks: The President's Arguments," *available at*: http://www.planv.com.ec/investigacion/investigacion/acomplejados-amargados-enfermos-y-

mediocres-argumentos-del-presidente, last accessed on November 10, 2014, and a certified English translation thereof.

163.    Attached hereto as Exhibit 159 is a true and correct copy of an October 26, 2012 article in Solnacientenews titled "Story of the threats and harassment in the delivery of the award to El Universo in the U.S.," and a certified English translation thereof.

164.    Attached hereto as Exhibit 160 is a true and correct copy of the public LinkedIn profile of Rafael Rosero, *available at*: https://www.linkedin.com/profile/view?id=198892763&authType=name&authToken=C_Wu&trk=prof-sb-browse_map-name, last accessed on November 10, 2014.

165.    Attached hereto as Exhibit 161 is a true and correct copy of a February 5, 2013 article in El Telégrafo titled, "Mary Cuddehe, the Journalist Chevron Could Not Buy," *available at*:  http://www.telegrafo.com.ec/noticias/informacion-general/item/mary-cuddehe-la-periodista-que-chevron-no-pudo-comprar.html, last accessed on November 10, 2014, and a certified English translation thereof.

166.    Attached hereto as Exhibit 162 is a true and correct copy of the Certificate of Incorporation of Left2Right Media Inc., filed with the Department of State of the State of New York on March 20, 2013.

167.    Attached hereto as Exhibit 163 is a true and correct copy of an article by Jean-Paul Borja that appeared in the April 2013 edition of La Otra magazine titled, "In U.S. BP Makes Amends, While in Ecuador Chevron Attacks," and a certified English translation thereof.

168.    Attached hereto as Exhibit 164 is a true and correct copy of a Certificate of Change to the Certificate of Incorporation of Left2Right Media Inc., filed with the Department of State of the State of New York on April 24, 2013.

169.    Attached hereto as Exhibit 165 is a true and correct copy of the public LinkedIn profile of Tessie Salame, as it appeared on October 6, 2014.

170.    Attached hereto as Exhibit 166 is a true and correct copy of Presidential Decree No. 20, issued by Ecuadorian President Rafael Correa on June 10, 2013.

171.    Attached hereto as Exhibit 167 is a true and correct copy of domain name registration information for TheToxicEffect.org listed by DomainTools, *available at*: http://whois.domaintools.com/, last accessed on November 10, 2014.

172.    Attached hereto as Exhibit 168 is a true and correct copy of an April 2, 2013 press release from the Consulate General of Ecuador titled, "Visit from Office of the Secretary of Communications Officials," and a certified English translation thereof.

173.    Attached hereto as Exhibit 169 is a true and correct copy of a July 27, 2013 article by Hernando Diosa in the La Voz Hispana de Connecticut titled, "Officers of the National Communication Secretary's Office of Ecuador met with the Press and the New Haven Community," *available at*:  http://lavozhispanact.com/new-haven/comunida/8756-funcionarios-de-secretaria-nacional-de-comunicacion-del-ecuador-estuvieron-reunidos-con-la-prensa-y-la-comunidad-de-new-haven, last accessed on November 10, 2014, and a certified English translation thereof.

174.    Attached hereto as Exhibit 170 is a true and correct copy of domain name registration information for JusticiaParaEcuador.com listed by DomainTools, *available at*: http://whois.domaintools.com/, last accessed on November 10, 2014.

175.    Attached hereto as Exhibit 171 is a true and correct copy of an August 2, 2013 post by JusticiaParaEcuador on Twitter, *available at*:  https://discover.twitter.com/first-tweet#Justice_Ecuador, last accessed on November 10, 2014.

176.     Attached hereto as Exhibit 172 is a true and correct copy of a screenshot of the "About" section of the YouTube page of Justicia para Ecuador, *available at*: www.youtube.com/user/justiceforecuador/about, last accessed on November 10, 2014.

177.     Attached hereto as Exhibit 173 is a true and correct copy of an English translation of an email exchange between Fernando Alvarado Espinel and Alexis Mera on August 21, 2013, and the attachments thereto.

178.     Attached hereto as Exhibit 174 is a true and correct copy of domain name registration information for ChevronContamina.ec listed by DomainTools, *available at*: http://whois.domaintools.com/, last accessed on November 10, 2014.

179.     Attached hereto as Exhibit 175 is a true and correct copy of a screenshot of the "About" section of the Facebook page of Los Vendepatria, *available at*: https://www.facebook.com/losvendepatriaec/info?ref=page_internal, last accessed on November 10, 2014.

180.     Attached hereto as Exhibit 176 is a true and correct copy of a September 25, 2013 post by Los Vendepatria on Twitter, *available at*:  https://discover.twitter.com/first-tweet#LosVendepatrias, last accessed on November 10, 2014.

181.     Attached hereto as Exhibit 177 is a true and correct copy of an October 2, 2013 post by Chevron Contamina on Facebook.

182.     Attached hereto as Exhibit 178 is a true and correct copy of a screenshot of the Justice for Ecuador website.

183.     Attached hereto as Exhibit 179 is a true and correct copy of a screenshot of the Justice for Ecuador website.

184.     Attached hereto as Exhibit 180 is a true and correct copy of a screenshot of a

February 2012 directory on the SENAMI website.

185.   Attached hereto as Exhibit 181 is a true and correct copy of a March 20, 2014 notice in El Telégrafo titled, "Formation of Company Maverickcom CIA. LTDA.," and a certified English translation thereof.

186.   Attached hereto as Exhibit 182 is a true and correct copy of a list of company managers of Maverickcom CIA. LTDA. published by Ecuador's Superintendencia de Compañas y Valores [Superintendency of Companies and Securities], and a certified English translation thereof.

187.   Attached hereto as Exhibit 183 is a true and correct copy of taxpayer information for Maverickcom CIA. LTDA (commercial name:  Elipsis Comunicaciones) published by Ecuador's Servicio de Rentas Internas [Internal Revenue Service], and a certified English translation thereof.

188.   Attached hereto as Exhibit 184 is a true and correct copy of a February 7, 2014 post by Deepak Gupta on Twitter, *available at*: https://twitter.com/deepakguptalaw/status/431823445874077696, last accessed on November 10, 2014.

189.   Attached hereto as Exhibit 185 is a true and correct copy of domain name registration information for Iguanamixer.com listed by DomainTools, *available at*: http://whois.domaintools.com/, last accessed on November 10, 2014.

190.   Attached hereto as Exhibit 186 is a true and correct copy of domain name registration information for Iguanamixer.com listed by DomainTools, *available at*: http://whois.domaintools.com/, last accessed on November 10, 2014.

191.   Attached hereto as Exhibit 187 is a true and correct copy of a screenshot of the

"Who are we" section of the Iguanamixer website, *available at*:
http://www.iguanamixer.com/acerca-de-iguanamixer/ , last accessed on November 10, 2014, and a certified English translation thereof.

192.    Attached hereto as Exhibit 188 is a true and correct copy of an April 10, 2014 article by Jean-Paul Borja in El Ciudadano titled, "Chevron Challenges the Evidence of its Pollution in Ecuador," and a certified English translation thereof.

193.    Attached hereto as Exhibit 189 is a true and correct copy of an April 10, 2014 article by Jean-Paul Borja in El Ciudadano titled, "Celebrities and experts support Ecuador in its struggle against Chevron," and a certified English translation thereof.

194.    Attached hereto as Exhibit 190 is a true and correct copy of a series of emails among individuals including Fernando Alvarado, Jean-Paul Borja, Maria Garay, Austin Mackell, Aliya Alwi, Paul Alejandro Mena Zapata, and Christian Hernández Yunda, from May 21–June 12, 2014, and a certified English translation thereof.

195.    Attached hereto as Exhibit 191 is a true and correct copy of a May 21, 2014 post by Apoya Al Ecuador [Support Ecuador] on Twitter, *available at*:
https://twitter.com/ApoyaAlEcuador/status/469245005052526592, last accessed on November 10, 2014, and a certified English translation thereof.

196.    Attached hereto as Exhibit 192 is a true and correct copy of a May 21, 2014 post by Chevroff on Twitter, *available at*:
https://twitter.com/chevroffnow/status/469183408435118080, last accessed on November 10, 2014, and a certified English translation thereof.

197.    Attached hereto as Exhibit 193 is a true and correct copy of a screenshot showing a list of posts using the #askchevron hashtag on Twitter.

198.     Attached hereto as Exhibit 194 is a true and correct copy of a July 11, 2014 article by Lachlan Markay in the Washington Free Beacon titled, "Firm Discloses $6.4 Million PR Contract With Ecuadorian Government," *available at*: http://freebeacon.com/national-security/firm-discloses-6-4-million-pr-contract-with-ecuadorian-government/, last accessed on November 10, 2014.

199.     Attached hereto as Exhibit 195 is a true and correct copy of a September 24, 2014 Certificate of Entry and Exit regarding Cynthia Elsa Zapata Solis published by Ecuador's Ministerio del Interior—Migración [Ministry of the Interior—Border Authority], and a certified English translation thereof.

200.     Attached hereto as Exhibit 196 is a true and correct copy of a Short Form Registration Statement Pursuant to the Foreign Agents Registration Act of 1938, as amended, filed on behalf of Jean Paul Borja on July 3, 2014.

201.     Attached hereto as Exhibit 197 is a true and correct copy of an August 2, 2014 article in Periodismo Ecuador titled, "Ecuadorian Government paid over $1.2 million to develop a webpage," *available at*: http://periodismoecuador.com/2014/08/02/gobierno-ecuatoriano-pago-mas-de-12-millones-por-desarrollar-una-pagina-web/, last accessed on November 10, 2014, and a certified English translation thereof.

202.     Attached hereto as Exhibit 198 is a true and correct copy of a September 24, 2014 Certificate of Entry and Exit regarding Danilo Enrique Roggiero Cevallos published by Ecuador's Ministerio del Interior—Migración [Ministry of the Interior—Border Authority], and a certified English translation thereof.

203.     Attached hereto as Exhibit 199 is a true and correct copy of a September 25, 2013 post by Maria Garay on Twitter.

204.    Attached hereto as Exhibit 200 is a true and correct copy of a September 25, 2013 post by Maria Garay on Twitter.

205.    Attached hereto as Exhibit 201 is a true and correct copy of a screenshot showing cached information regarding the Twitter account of Lady Zuniga.

206.    Attached hereto as Exhibit 202 is a true and correct copy of a screenshot of the Twitter account of Lady Zuniga, *available at*: https://twitter.com/AnnabellZu, last accessed on November 10, 2014.

207.    Attached hereto as Exhibit 203 is a true and correct copy of an October 3, 2014 article in El Comercio titled, "Prosecutor Opens Preliminary Investigation on MCSquared Contract," *available at*: http://www.elcomercio.com/actualidad/fiscalia-indagacion-previa-contrato-alvarado.html, last accessed on November 10, 2014, and a certified English translation thereof.

208.    Attached hereto as Exhibit 204 is a true and correct copy of an October 5, 2014 article in El Universo titled, "More Actions Taken in MCSquared Investigation," *available at*: http://www.eluniverso.com/noticias/2014/10/05/nota/4066066/mas-diligencias-investigacion-mcsquared, last accessed on November 10, 2014, and a certified English translation thereof.

209.    Attached hereto as Exhibit 205 is a true and correct copy of a November 8, 2014 article in La Hora titled, "McSquared: Cely argues the same thing as Alvarado," *available at*: http://www.lahora.com.ec/index.php/noticias/show/1101747717/-1/McSquared%3A_Cely_argumenta_lo_mismo_que_Alvarado_.html#.VGDM5RZ4PVJ, last accessed on November 23, 2014, and a certified English translation thereof.

210.    Attached hereto as Exhibit 206 is a DVD of Ecuador's SECOM propaganda video defending the MCSquared contract and calling Assemblyman Páez a

"vendepatria" on October 20, 2014.

211.    Attached hereto as Exhibit 207 is a true and correct copy of a September 17, 2013 post by La Mano Sucia on Twitter, *available at*: https://discover.twitter.com/first-tweet#LaManoSucia, last accessed on November 10, 2014.

212.    Attached hereto as Exhibit 208 is a true and correct copy of a screenshot of the "About" section of the Facebook profile of La Mano Sucia de Chevron, *available at*: https://www.facebook.com/LaManoSucia/info?ref=page_internal, last accessed on November 10, 2014.

213.    Attached hereto as Exhibit 209 is a true and correct copy of a screenshot of the "About" section of the YouTube channel of La Mano Sucia, *available at*: www.youtube.com/user/LaManoSuciaDeChevron/about, last accessed on November 10, 2014.

214.    Attached hereto as Exhibit 210 is a true and correct copy of a May 2, 2012 letter from Christel Gaibor, Procuraduría General del Estado for the Republic of Ecuador, and Zachary Douglas and Ricardo E. Ugarte, counsel for the Republic of Ecuador, to V.V. Veeder, QC, Prof. Vaughn Lowe, QC, Dr. Horacio Grigera Naón, and Martin Doe, members of the tribunal, in connection with the arbitration brought by Chevron Corporation and Texaco Petroleum Company against the Republic of Ecuador, PCA Case No. 2009-23.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 24th day of November, 2014, at New York, New York.

Anne Champion