USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: AUG 17 2017

AUG 15 2017
JUDGE KAPLAN'S CHAMBERS

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x
In re Application of CHEVRON CORPORATION for
an Order Pursuant to 28 U.S.C. § 1782 to Conduct
Discovery from MCSquared PR, Inc. for Use in
Foreign Proceedings,

                    Petitioner.

Case No. 14-MC-392

---------------------------------------------------------x

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned parties, by and through their counsel, hereby stipulate that the application of Chevron Corporation to conduct discovery for use in a foreign proceeding pursuant 28 U.S.C. § 1782 directed against MCSquared PR, Inc. is dismissed with prejudice, with each party bearing its own costs and fees.

Stipulated and agreed to this 25th day of July, 2017 by:

_/s/ Randy M. Mastro_
Randy M. Mastro
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
Phone: (212) 351-3825

*Counsel for Petitioner Chevron Corp.*

_/s/ Rodrigo Sebastian Da Silva_
Rodrigo Sebastian Da Silva
Law Offices of Rodrigo S. Da Silva, P.A.
1001 Brickell Bay Drive, 9th Floor
Miami, FL 33131
Phone: (305) 615-1434

*Counsel for Respondent MCSquared PR, Inc.*

_/s/ Eric W. Bloom_
Eric W. Bloom
Winston & Strawn LLP
1700 K Street NW
Washington, DC 20006
Phone: (202) 282-5743

*Counsel for the Republic of Ecuador, as Intervenor*

SO ORDERED

_/s/ Lewis A. Kaplan_
LEWIS A. KAPLAN, USDJ

8/17/17

-1-